| 09/08/2020 | TUESDAY | Judge David W Hercher |
|---|---|---|
| **9:00 AM 20-3077 dwh ap** | **Teherani-Ami, in her capacity as the trustee of t v. Dinihanian, Pretrial Conference** | |
| 19-31883 | Tasha Teherani-Ami, in her | BRUCE H ORR |
| | 15005 NW Cornell LLC - dft | DOUGLAS R PAHL & NICK HENDERSON |
| | Vahan M. Dinihanian - dft | |
| | Eagle Holdings LLC - dft | |

Evidentiary Hearing:    Yes: ☐    No: ☑

Court continued this case to 11/17/2020 at 9:00 a.m. TEL.

Order to be prepared by:  ☐ Clerk's Office  ☐ Chamber  ☐ _____

**OD3 - Dismissal Order**
   #1 _____ Settled _____ (21) days.
   #2 _____ to Prepare Judgement/order _____ (21) days.
   #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**
   #1 _____ Planning Conf. by ____-____-____ / Conf. Report by ____-____-____.
   #2 _____ Planning Conf. by ____-____-____/ No report.
   #3 ___✓___ Discovery can proceed.
   #4 _____ No Planning Conf./Initial disclosures by ____-____-____.
   #5 _____ Discovery limited to _____.

Docket Entry:

Run Date:    09/08/20
Case 20-03077-dwh    Doc 10    Filed 09/08/20