| 06/29/2021 | | | Judge David W Hercher |
| --- | --- | --- | --- |
| 09:00 **20-03077-dwh** | | Teherani-Ami, in her capacity as the trustee of t v. Dinihanian, Jr. et al | |
| 19-31883-dwh11 | | | |
| | | Tasha Teherani-Ami, in her capacity as the trustee - pla | ELEANOR A DUBAY |
| | | Dinihanian, Jr. - dft | NICHOLAS J HENDERSON |

**Matter: Continued Pretrial Conference**

Additional Appearances: Doug Pahl, Chris Coyle, Bruce Orr.

Summary of Proceedings

Oral argument on not-yet-filed summary judgment motions and a nonevidentiary confirmation hearing in the main case will be set for 9/7/2021 at 1:30 pm by video.

Summary judgement motions due by 8/3/2021. The order approving disclosure statement needs to be issued in the main case by 7/27/2021.

The court will reserve the full day of 9/21/2021 for an evidentiary hearing and other matters to be decided on at the 9/7/2021 hearing.

Order to be prepared by: _____ Clerk's Office   _____ Chambers   Other:

Order of Dismissal: # of days _____

_____ Settlement reported
_____ Failure to answer
_____ Failure to prosecute
_____ Party to submit proposed judgment
_____ Failure to submit pretrial order

Order re: Application of FRCP 26.
_____ OFRCP1 Planning conference due by _____   Report due by _____
_____ OFRCP2 Planning conference due by _____   No Report
  X   OFRCP3 Discovery can proceed
_____ OFRCP4 No planning conference/disclosures by _____
_____ OFRCP5 Discovery limited to _____

Minute Order: