**Below is an order of the Court.**

U.S. Bankruptcy Judge

OFRCP3 (9/13/13)

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

| | | |
|---|---|---|
| In re<br>**15005 NW Cornell LLC**<br>Debtor(s) | ) ) ) ) | Case No. 19–31883–dwh11 |
| **Tasha Teherani–Ami, in her capacity as the trustee of the Sonja Dinihanian GST Trust DTS 1/1/11**<br>Plaintiff(s) | ) ) ) ) ) ) | Adv. Proc. No. 20–03077–dwh |
| v. | ) | ORDER RE: APPLICATION OF FRCP 26 |
| **Vahan M. Dinihanian Jr.**<br>**et al.**<br>Defendant(s) | ) ) ) ) | |

**IT IS ORDERED** that no discovery planning or discovery plan discussed in FRCP 26(f) is required and parties may seek discovery at any time permitted by FRCPs and LBRs as if the discovery conference had occurred. The disclosures required by FRCP 26(a)(1) are not required. The times for disclosures under FRCP 26(a)(2) and (3) shall be as specified in the rule unless otherwise provided in the court's scheduling order.

###