Bruce H. Orr, OSB No. 813297
WYSE KADISH LLP
bho@wysekadish.com
900 SW Fifth Ave., Suite 2000
Portland, OR 97204
Telephone: 503.228.8448
Facsimile: 503.273.9135

Counsel for Plaintiff and Creditor
*Tasha Teherani-Ami, in her capacity as the Trustee of the Sonja Dinihanian GST Trust DTS 01/01/11*

Nicholas J. Henderson, OSB No. 074027
nhenderson@portlaw.com
MOTSCHENBACHER & BLATTNER, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: 503.417.0508
Facsimile: 503.417.0528

Counsel for Defendant and Debtor
*Vahan M. Dinihanian, Jr.*

Douglas Pahl, OSB No. 950476
DPahl@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Counsel for Defendant and Debtor
*15005 NW Cornell LLC*

Christopher N. Coyle, OSB No. 073501
chris@vbcattorneys.com
Vanden Bos & Chapman LLP
319 SW Washington St., Suite 520
Portland, OR 97204
Telephone: 503.241.4869
Facsimile: 503.241.3731

Counsel for Defendant
*Eagle Holdings LLC*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>15005 NW CORNELL LLC, and<br><br>VAHAN M. DINIHANIAN, JR.<br><br>Debtors.[1] | 19-31883-dwh11 (Lead Case)<br><br>19-31886-dwh11<br><br>Jointly Administered Under<br>Case No. 19-31883-dwh11 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: 15005 NW Cornell LLC (5523) and Vahan M. Dinihanian, Jr. (0871) (Case No. 19-31886-dwh11)).

PAGE 1- STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

153316307.1

| | |
|---|---|
| TASHA TEHERANI-AMI, IN HER CAPACITY AS THE TRUSTEE OF THE SONJA DINIHANIAN GST TRUST DTS 01/01/11<br><br>        Plaintiff,<br><br>        v.<br><br>VAHAN M. DINIHANIAN, JR.; 15005 NW CORNELL LLC; and EAGLE HOLDINGS LLC;<br><br>        Defendants. | Adv. Proc. No. 20-03077<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS** |

**MOTION**

Counsel for plaintiff Tasha Teherani-Ami, in her capacity as the Trustee of the Sonja Dinihanian GST Trust DTS 01/01/11 (the "**Trust**") and defendants 15005 NW Cornell LLC ("**Cornell**"), Vahan M. Dinihanian, Jr. ("**Mr. Dinihanian**"), and Eagle Holdings LLC ("**Eagle Holdings**," and together with the Trust, Cornell, and Mr. Dinihanian the "**Parties**") respectfully move the Court to enter an Order in the form of the attached (Exhibit 1) on a stipulated basis, extending the deadline for the Parties to file Summary Judgment Motions from August 3, 2021 to August 5, 2021.

In support of this motion, the Parties assert the following:

1. On June 29, 2021, the Court held a Continued Pretrial Conference at which the Parties agreed, as reflected in the Record of Proceeding (Dkt. 29), that Summary Judgment Motions would be filed on or before August 3, 2021.

2. The Parties have discussed the deadline and have mutually agreed the date should be extended by two days, from August 3, 2021 to August 5, 2021, and to respectfully convey that request on a stipulated basis to the Court.

/ / /

/ / /

/ / /

PAGE 2- STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS

153316307.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Case 20-03077-dwh    Doc 32    Filed 08/03/21

3. The Parties agree the remainder of the briefing and hearing schedule should remain the same.

IT IS SO STIPULATED.

DATED: August 3, 2021　　　　　　　　**WYSE KADISH LLP**

By: */s/ Bruce H. Orr*
　　Bruce H. Orr, OSB No. 813297
　　WYSE KADISH LLP
　　bho@wysekadish.com
　　900 SW Fifth Ave., Suite 2000
　　Portland, OR 97204
　　Telephone: 503.228.8448
　　Facsimile: 503.273.9135

Counsel for Plaintiff and Creditor
*Tasha Teherani-Ami, in her capacity as the Trustee of the Sonja Dinihanian GST Trust DTS 01/01/11*

Dated: August 3, 2021　　　　　　　　**PERKINS COIE LLP**

By: */s/ Douglas R. Pahl*
　　Douglas R. Pahl, OSB No. 950476
　　DPahl@perkinscoie.com
　　PERKINS COIE LLP
　　1120 N.W. Couch Street, Tenth Floor
　　Portland, OR 97209-4128
　　Telephone: 503.727.2000
　　Facsimile: 503.727.2222

Counsel for Defendant and Debtor
*15005 NW Cornell LLC*

PAGE 3- STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

153316307.1

Case 20-03077-dwh　　Doc 32　　Filed 08/03/21

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 3, 2021 | **MOTSCHENBACHER & BLATTNER, LLP** |
| 3 | | By: */s/ Nicholas J. Henderson* |
| 4 | | Nicholas J. Henderson, OSB No. 074027 |
| | | nhenderson@portlaw.com |
| 5 | | Motschenbacher & Blattner, LLP |
| | | 117 SW Taylor St., Suite 300 |
| 6 | | Portland, OR 97204 |
| | | Telephone: 503.417.0508 |
| 7 | | Facsimile: 503.417.0528 |
| 8 | | |
| | | Counsel for Defendant and Debtor |
| 9 | | *Vahan M. Dinihanian, Jr.* |
| 10 | | |
| 11 | DATED: August 3, 2021 | **VANDEN BOS & CHAPMAN, LLP** |
| 12 | | By: */s/ Christopher N. Coyle* |
| | | Christopher N. Coyle, OSB No. 073501 |
| 13 | | chris@vbcattorneys.com |
| | | Vanden Bos & Chapman LLP |
| 14 | | 319 SW Washington St., Suite 520 |
| | | Portland, OR 97204 |
| 15 | | Telephone: 503.241.4869 |
| | | Facsimile: 503.241.3731 |
| 16 | | |
| 17 | | Counsel for Defendant |
| | | *Eagle Holdings LLC* |

PAGE  4-  STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

153316307.1

Case 20-03077-dwh    Doc 32    Filed 08/03/21

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>15005 NW CORNELL LLC, and<br><br>VAHAN M. DINIHANIAN, JR.<br><br>              Debtors.[1] | 19-31883-dwh11 (Lead Case)<br><br>19-31886-dwh11<br><br>Jointly Administered Under<br>Case No. 19-31883-dwh11 |
| TASHA TEHERANI-AMI, IN HER CAPACITY AS THE TRUSTEE OF THE SONJA DINIHANIAN GST TRUST DTS 01/01/11<br><br>              Plaintiff,<br><br>   v.<br><br>VAHAN M. DINIHANIAN, JR.; 15005 NW CORNELL LLC; and EAGLE HOLDINGS LLC;<br><br>              Defendants. | Adv. Proc. No. 20-03077<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS** |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: 15005 NW Cornell LLC (5523) and Vahan M. Dinihanian, Jr. (0871) (Case No. 19-31886-dwh11)).

PAGE 1- ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS

153316307.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

Exhibit 1
Page 1 of 3

THIS MATTER came before the Court on plaintiff Tasha Teherani-Ami, in her capacity as the Trustee of the Sonja Dinihanian GST Trust DTS 01/01/11 (the "**Trust**") and defendants 15005 NW Cornell LLC ("**Cornell**"), Vahan M. Dinihanian, Jr. ("**Mr. Dinihanian**"), and Eagle Holdings LLC ("**Eagle Holdings**," and together with the Trust, Cornell, and Mr. Dinihanian the "**Parties**") Stipulated Motion for Extension of Time to File Summary Judgment Motions (the "**Motion**"). The Court having reviewed the Motion, and being otherwise duly advised, now, therefore,

IT IS HEREBY ORDERED as follows:

1. The deadline for the parties to file Summary Judgment Motions is extended to August 5, 2021.

###

Presented By:

**WYSE KADISH LLP**

By: */s/ Bruce H. Orr*
    Bruce H. Orr, OSB No. 813297
    WYSE KADISH LLP
    bho@wysekadish.com
    900 SW Fifth Ave., Suite 2000
    Portland, OR 97204
    Telephone: 503.228.8448
    Facsimile: 503.273.9135

Counsel for Plaintiff and Creditor
*Tasha Teherani-Ami, in her capacity as the Trustee of the Sonja Dinihanian GST Trust DTS 01/01/11*

PAGE 2- ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

153316307.1

Case 20-03077-dwh    Doc 32    Filed 08/03/21

Exhibit 1
Page 2 of 3

| | |
|---|---|
| 1 | **PERKINS COIE LLP** |
| 2 | By: */s/ Douglas R. Pahl* |
| 3 | Douglas R. Pahl, OSB No. 950476<br>DPahl@perkinscoie.com |
| 4 | Matthew J. Mertens, OSB No. 146288<br>MMertens@perkinscoie.com |
| 5 | PERKINS COIE LLP<br>1120 N.W. Couch Street, Tenth Floor |
| 6 | Portland, OR 97209-4128<br>Telephone: 503.727.2000 |
| 7 | Facsimile: 503.727.2222 |
| 8 | Counsel for Defendant and Debtor<br>*15005 NW Cornell LLC* |
| 9 | **MOTSCHENBACHER & BLATTNER, LLP** |
| 10 | |
| 11 | By: */s/ Nicholas J. Henderson*<br>Nicholas J. Henderson, OSB No. 074027 |
| 12 | nhenderson@portlaw.com<br>Motschenbacher & Blattner, LLP |
| 13 | 117 SW Taylor St., Suite 300<br>Portland, OR 97204 |
| 14 | Telephone: (503) 417-0508<br>Facsimile: (503) 417-0528 |
| 15 | |
| 16 | Counsel for Defendant and Debtor<br>*Vahan M. Dinihanian, Jr.* |
| 17 | |
| 18 | **VANDEN BOS & CHAPMAN, LLP** |
| 19 | By: */s/ Christopher N. Coyle* |
| 20 | Christopher N. Coyle, OSB No. 073501<br>chris@vbcattorneys.com |
| 21 | Vanden Bos & Chapman LLP<br>319 SW Washington St., Suite 520 |
| 22 | Portland, OR 97204<br>Telephone: 503.241.4869 |
| 23 | Facsimile: 503.241.3731 |
| 24 | Counsel for Defendant<br>*Eagle Holdings LLC* |
| 25 | |
| 26 | |

PAGE 3- ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

153316307.1

Case 20-03077-dwh    Doc 32    Filed 08/03/21

Exhibit 1
Page 3 of 3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth below they caused the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTIONS** to be served via the CM/ECF system on the parties set forth below:

| | |
|---|---|
| Bruce H. Orr, OSB No. 813297<br>WYSE KADISH LLP<br>900 SW Fifth Ave., Suite 2000<br>Portland, OR 97204<br><br>Counsel for Plaintiff and Creditor<br>*Tasha Teherani-Ami, in her capacity as the Trustee of the Sonja Dinihanian GST Trust DTS 01/01/11* | Nicholas J. Henderson<br>MOTSCHENBACHER & BLATTNER, LLP<br>117 SW Taylor Street, Ste. 300<br>Portland, OR 97204-3029<br><br>Counsel for Defendant and Debtor<br>*Vahan M. Dinihanian, Jr.* |
| Christopher N. Coyle, OSB No. 073501<br>chris@vbcattorneys.com<br>Vanden Bos & Chapman LLP<br>319 SW Washington St., Suite 520<br>Portland, OR 97204<br><br>Counsel for Defendant<br>*Eagle Holdings LLC* | |

Dated: August 3, 2021      **PERKINS COIE LLP**

By: */s/ Douglas R. Pahl*
    Douglas R. Pahl, OSB No. 950476
    DPahl@perkinscoie.com
    PERKINS COIE LLP
    1120 N.W. Couch Street, Tenth Floor
    Portland, OR 97209-4128
    Telephone: 503.727.2000
    Facsimile: 503.727.2222

Counsel for Defendant and Debtor
*15005 NW Cornell LLC*

PAGE 1- CERTIFICATE OF SERVICE

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

153316307.1

Case 20-03077-dwh    Doc 32    Filed 08/03/21